UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM CUNDIFF, | ) | |
| Plaintiff, | ) | 3:12-cv-00234-LRH-VPC |
| vs. | ) | **ORDER** |
| LVMPD, *et al.*, | ) | |
| Defendants. | ) | |

William Cundiff, an individual incarcerated at Norther Nevada Correctional Center, submitted a *pro se* Civil Rights Complaint (received April 30, 2012), but has not paid the required filing fee of $350 or filed an application to proceed *in forma pauperis*. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

DATED this 21st day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE